IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SANDRA VILLELA, as Special Administrator
Of the Estate of Vicente Antonio Villela,
and as Personal Representative of the Wrongful
Death Estate of Antonio Villela, and GUADALUPE
MOTA, Individually and as next-friend of the minor
Child Abril Sofia Villela and Julio Vicente Villela,**

    **Plaintiffs,**

vs.                                                                                             CIV 19-805 SCY/JHR

**BERNALILLO COUNTY, CORRECTIONS
OFFICER LT. KEITH BRANDON,
CORRECTIONS OFFICER LT. ERICA
GUTIERREZ, CORRECTIONS OFFICER
JOHN SANDOVAL, CORRECTIONS OFFICER
SETH ROMERO, CORRECTIONS OFFICER
DAVID HUNTER, CORRECTIONS OFFICER
SEAN ADDY, CORRECTIONS OFFICER JESSE
THOMPSON, CORRECTIONS OFFICER LEVI
CAIZZA, CORRECTIONS OFFICER ARMANDO
GRANILLO, collectively both Individually and in
their Official Capacities,**

    **Defendants.**

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court following its Order Deferring Ruling on Motion to Intervene and Staying Case. Doc. 26. In that Order, the Court stayed this case, pending the resolution of the Motion to Ratify Sandra Villela as Wrongful Death Personal Representative in state court case D-202-CV-2019-02001. Doc. 26 at 5. The Court ordered Plaintiffs to file a status report informing it when the state court motion is resolved. The state court issued an order denying the Motion to Ratify Sandra Villela as Wrongful Death Personal Representative on February 28, 2020, but Plaintiffs have not yet filed a status report. Accordingly, Plaintiffs and Proposed Intervenor Adam S. Baker are directed to file a joint status report by **March 20, 2020**

addressing how the state court order impacts the pending Motion to Intervene (Doc. 12) and informing the Court of any agreements made between the parties.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent